1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD CASTILLO, | Case No.   1:24-cv-01570-KES-EPG |
| Plaintiff, | |
| v. | ORDER GRANTING PROPOSED CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER |
| STARBUCKS CORPORATION, | |
| Defendant. | (ECF No. 15) |

This matter is before the Court on the parties' proposed confidentiality stipulation and protective order.  (ECF No. 15).  Upon review, the Court will grant the stipulation.

The Court notes that "a protective order may not bind the Court or its personnel." *Rangel v. Forest River, Inc.*, No. EDCV 17-0613 JFW (SS), 2017 WL 2825922, at *2 (C.D. Cal. June 29, 2017).  Thus, to the extent that the protective order conflicts with the Court's established practices or Rules, *e.g.*, such as by allowing the parties to bypass the Court's informal discovery-dispute-resolution process, the Court's established practices or Rules will govern.  (*See* ECF No. 9, at 7-8 (noting procedures regarding informal discovery conferences and discovery motions); the Court's Standard Procedures (same), available on the Court's website).

\\\

\\\

\\\

\\\

1

Therefore, IT IS ORDERED that the parties' proposed stipulated protective order (ECF No. 15) is GRANTED.

IT IS SO ORDERED.

Dated:   **September 3, 2025**                    /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE

2