UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD CASTILO , <br><br> Plaintiff, <br><br> v. <br><br> STARBUCKS CORPORATION, <br><br> Defendant. | Case No. 1:24-cv-01570-KES-EPG <br><br> ORDER DENYING STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE <br><br> (ECF No. 17) |

On September 5, 2025, Donald Castillo ("Plaintiff") and Starbucks Corporation ("Defendant") filed a Stipulation of Dismissal. (ECF No. 17). The parties stipulated "through their respective counsel" that the action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

The stipulation was signed by Attorney Nicholas R. Urgesi, on behalf of Plaintiff Donald Castillo, and Auruba Al-Zibdeh, on behalf of Defendant Starbucks Corporation.

However, Attorney Auruba Al-Zibdeh, is not counsel of record in this case. On December 20, 2024, the Court directed Attorney Al-Zibdeh to submit a petition for admission to practice in the Eastern District of California (ECF No. 3), but to the Court's knowledge[1], Attorney Al-Zibdeh has not done so.

Accordingly, the stipulation for dismissal is DENIED without prejudice. The parties may

---

[1] On September 8, 2025, the Court contacted the Clerk's Office and was advised that Attorney Al-Zibdeh has not yet been admitted to practice in the Eastern District of California.

1

1 submit a revised stipulation signed by all parties who have appeared or by their counsel of record.

IT IS SO ORDERED.

Dated: **September 8, 2025**          /s/ *Erica P. Grosjean*
                                       UNITED STATES MAGISTRATE JUDGE

2