UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD CASTILO , <br><br> Plaintiff, <br><br> v. <br><br> STARBUCKS CORPORATION, <br><br> Defendant. | Case No.   1:24-cv-01570-KES-EPG <br><br> ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE <br><br> (ECF No. 19) |

On September 9, 2025, Donald Castillo ("Plaintiff") and Starbucks Corporation ("Defendant") filed a Stipulation of Dismissal. (ECF No. 17).  The parties stipulated "through their respective counsel" that the action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and that the parties agreed to waive all fees, and each party would bear their own costs.

The stipulation was signed by Attorney Nicholas R. Urgesi, on behalf of Plaintiff and Paul D. Caleo, on behalf of Defendant.

Accordingly, the stipulation for dismissal is GRANTED. This action has been terminated pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). [1]

\\\

\\\

---

[1] The parties' filing (ECF No. 17) refers broadly to Fed R. Civ. P. 41(a)(1). For clarity, this order will reflect Fed R. Civ. P. 41(a)(1)(A)(ii), as this subdivision addresses dismissal of an action based on "a stipulation of dismissal signed by all parties who have appeared."  Fed. R. Civ. P. 41(a)(1)(A)(ii).

1

1     The action is dismissed with prejudice and without an award of costs or attorneys' fees.

IT IS SO ORDERED.

   Dated:  **September 10, 2025**          /s/ Eric P. Grojean
                                           UNITED STATES MAGISTRATE JUDGE